UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Spielman,

                          Plaintiff(s),

      -against –

Equifax Information Services, LLC, et al.,

                          Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-09547 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Equifax Information Services, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Equifax Information Services, LLC)**; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: January 3, 2022
      White Plains, New York

_Cathy Seibel_
_____
CATHY SEIBEL, U.S.D.J.